452 A.2d 63

Commonwealth v. Kilpatrick a/k/a Miller, Appellant.

Submitted April 7, 1982. John F.X. Morley, Jr., Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

452 A.2d 63

Commonwealth v. Lessor, Appellant.

Submitted March 1, 1982. Michael Alan Klimpl, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.